# Affidavit of Process Server

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| GOOGLE LLC | VS | TERRIER SSC, LLC | 1:21-MC-00419-UNA |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

KEVIN S. DUNN being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 10/07/2021

**Service:** I served TERRIER SSC, LLC
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) MOTION TO COMPEL; EXHIBITS 1-4; 7.1 CERTIFICATE;

by leaving with HEATHER HOWIE       MANAGING AGENT       At
         NAME                 RELATIONSHIP

☐ Residence _____
            ADDRESS                    CITY / STATE

☒ Business C/O VCORP SERVICES, LLC, 1013 CENTRE ROAD, SUITE 403-B, WILMINGTON, DE 19805
           ADDRESS                                        CITY / STATE

On 10/07/2021 AT 12:45 PM
   DATE              TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                    DATE
from _____
     CITY    STATE    ZIP

**Manner of Service:**

☒ CORPORATE

☐ **Personal:** By personally delivering copies to the person being served.

☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.

☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☒ Other

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
                                                   DATE   TIME      DATE   TIME
(3) _____ (4) _____ (5) _____
    DATE   TIME       DATE   TIME       DATE   TIME

AGE 35   Sex FEMALE   Race WHITE   Height 5'5   Weight 140   HAIR BROWN

SIGNATURE OF PROCESS SERVER
KEVIN S. DUNN

SUBSCRIBED AND SWORN in the State of Delaware, New Castle County before me this 7TH day of OCTOBER, 2021

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS