IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOOGLE, LLC, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | C.A. No. 21-mc-419-MN |
| TERRIER SSC, LLC, | ) ) ) | |
| Respondent. | ) | |
| GOOGLE, LLC, | ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | C.A. No. 21-mc-440-UNA |
| BP FUNDING TRUST, | ) ) ) | |
| Respondent. | ) | |
| GOOGLE, LLC, | ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | C.A. No. 21-mc-443-UNA |
| AQUA LICENSING, LLC, | ) ) ) | |
| Respondent. | ) | |

**ORDER**

WHEREAS, petitioner Google, LLC, has filed a motion to compel on an expedited basis in each of the above-captioned cases (D.I. 1 in C.A. No. 21-419, D.I. 1 in C.A. No. 21-440, and D.I. 2 in C.A. No. 21-443) ("the Motions");

THEREFORE, IT IS HEREBY ORDERED that:

1. The respondents in each case shall file any response they wish to make to the Motions by NOON on Thursday, October 21, 2021; and

2. The petitioner shall serve a copy of this Order on the respondents and file a certificate of service by the close of business of the date of this order.

Dated: Monday, October 18, 2021

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge