# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOOGLE, LLC, | : | |
| Plaintiff(s), | : | |
| v. | : | |
| | : | |
| BP FUNDING TRUST, | : | C.A. No. 21-440-MN |
| Defendant(s). | : | |
| | : | |
| GOOGLE, LLC, | : | |
| Plaintiff(s), | : | |
| v. | : | |
| | : | |
| TERRIER SSC, LLC | : | |
| Defendants(s). | : | C.A. No. 21-419-MN |
| | : | |

## ORDER GRANTING MOTION TO TRANSFER PURSUANT TO RULE 45(f)

Having considered the Motion to Transfer Pursuant to Rule 45(f) filed by respondents BP Funding Trust ("BP Funding"), Terrier SSC, LLC ("Terrier") (collectively "Respondents") and WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and any responses thereto, this Court finds that the motion should be GRANTED.

It is therefore ORDERED that the above-captioned ancillary actions, C.A. No. 21-440-UNA and C.A. No. 21-419-MN, be transferred to the Western District of Texas, Waco Division, to be resolved by the issuing court in connection with *WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Google LLC*, Case Nos. 6:20-cv-571-ADA, 6:20-cv-572, 6:20-cv-573, 6:20-cv-575, 6:20-cv-576, 6:20-cv-579, 6:20-cv-580, 6:20-cv-583, 6:20-cv-584, and 6:20-cv-585.

DATE:

_____
UNITED STATES DISTRICT JUDGE